1  Shellie Lott, SBN:    246202
2  CERNEY KREUZE & LOTT, LLP
3  42 N. Sutter Street, Suite 400
4  Stockton, CA 95202
5  (209) 948-9384
6  Attorney for Plaintiff
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10
11
12 THOMAS GRANT WOLVERTON,            No. 2:13-cv-02035-WBS-CMK

            Plaintiff,                **STIPULATION AND ORDER**
13                                    **EXTENDING PLAINTIFF'S TIME TO**
       v.                             **FILE A MOTION FOR SUMMARY**
14                                    **JUDGMENT**
   CAROLYN W. COLVIN,
15 Acting Commissioner of Social Security

16          Defendant.

17

18     IT IS HEREBY STIPULATED by and between the parties, through their respective

19 undersigned attorneys, with the approval of the Court, that Plaintiff's time to file A Motion For

20 Summary Judgment in the above-referenced case is hereby extended from the present due date of

21 February 24, 2014, by thirty days, to the new response date of  March 26, 2014, **and all other**

22 **deadlines be extended accordingly.**  This extension is requested because Plaintiff has a

23 particularly heavy briefing schedule this month.

24

25

26 ///

27 ///

28 ///

1

| | | |
|---|---|---|
| 1 | DATED: February 11, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | | DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX |
| 5 | */s/ Shellie Lott* | */s/ Timothy R. Bolin* |
| 6 | SHELLIE LOTT,<br>Attorney for Plaintiff | TIMOTHY R. BOLIN,<br>(As authorized via E-mail on 2/10/14)<br>Special Assistant U S Attorney |
| 7 | | Attorneys for Defendant |

Shellie Lott, SBN: 246202

CERNEY KREUZE & LOTT, LLP

42 North Sutter Street, Suite 400

Stockton, California 95202

Telephone: (209) 948-9384

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GRANT WOLVERTON,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>        Defendant. | No. 2:13-cv-02035-WBS-CMK<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file his Motion For Summary Judgment on or before March 26, 2014.

SO ORDERED.

Dated: February 24, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE